1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  JULIA M. ADAMS (State Bar No. 230795)
   THOMAS E. FRANKOVICH,
3  *A Professional Law Corporation*
   2806 Van Ness Avenue
4  San Francisco, CA 94109
   Telephone:    415/674-8600
5  Facsimile:    415/674-9900

6  Attorneys for Plaintiff RON WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON WILSON, an individual, | **CASE NO. CV 05-1948 DFL JFM** |
| Plaintiff, | EX PARTE REQUEST TO CONTINUE THE DEFENDANT'S MOTION HEARING DATES |
| v. | |
| FRANCES MURILLO, dba MURILLO'S RESTAURANT, | |
| Defendant. | |

Plaintiff Ron Wilson hereby applies to the Court Ex Parte for an Order continuing the motion hearing dates for defendant's Motion for Summary Judgment, Motion to Declare Ron Wilson and Thomas Frankovich Vexatious Litigants, and Motion for Sanctions.

Counsel contacted defendant's counsel, Karen Stephenson, both in writing and via telephone on May 10, 2006, to request that the hearing dates and opposition due dates be continued. On May 15, 2006, Ms. Stephenson called plaintiff's counsel and stated that her client was not amenable to continuing the motion hearing dates. Counsel again contacted Ms. Stephenson via telephone on May 16, 2006, and left a message that plaintiff would be making an ex parte request to the Court to continue the hearing dates due to defendant's refusal to stipulate to such a continuance. Ms. Stephenson returned the telephone call and indicated that defendant was willing to continue the Motion for Summary Judgment and the Motion to Declare Ron

Wilson and Thomas Frankovich Vexatious Litigants to June 29, 2006, the same day the Motion for Sanctions is currently set for hearing.  However, as discussed herein, June 29, 2006, is not acceptable for plaintiff for a number of reasons.

Plaintiff's counsel currently has several conflicts with the motion hearing dates as noticed.  As to the Motion for Summary Judgment and Motion to Declare Ron Wilson and Thomas Frankovich Vexatious Litigants, Jennifer Steneberg, who is the associate assigned to the daily management of this case, and as such, is the attorney most knowledgeable regarding the specific issues of this case, is currently on a pre-paid, pre-planned vacation outside of the country that began on May 11, 2006, the day after receiving defendant's three motions.  Ms. Steneberg does not return until May 30, 2006, nearly two weeks after plaintiff's opposition papers are due.  Further, Mr. Frankovich, plaintiff's lead trial counsel, is out of the office taking depositions pertaining to the subject action on May 17, 2006, and May 18, 2006.  Plaintiff's opposition to these two motions is due on May 19, 2006.

As to the Motion for Sanctions, Thomas Frankovich, the attorney who will be arguing all three motions, will be on a pre-planned, pre-paid vacation outside of the state from June 23, 2006, through July 2, 2006, precluding him from appearing for plaintiff at the motion hearing currently set for June 29, 2006.  Additionally, counsel for plaintiff has a reply briefing due in *Molski v. Mandarin Touch*, No. 05-56452, to the Ninth Circuit Court of Appeals, less than one week before plaintiff's opposition brief is due on defendant's Motion for Sanctions.

Furthermore, plaintiff's counsel takes note that Ms. Stephenson's declaration states that 238.5 hours, or roughly five consecutive work weeks, were expended in the preparation of defendant's vexatious litigant and summary judgment motions alone.  *See* Declaration of Karen L. Stephenson In Support Defendant's Notice of Motion And Motion For Monetary Sanctions Pursuant To FRCP 11, 3:3-15.  The moving papers and supporting documents for the three motions include a total of ninety (90) exhibits and roughly 2000 pages.  Defendant did not provide plaintiff with any advance notice of the motions nor did defendant see fit to provide any additional time for plaintiff to review the voluminous filings much less respond to them.  Given the extraordinary amount of time expended by defendant's counsel in preparing the three

motions, it is only reasonable that plaintiff's counsel have adequate time to review and respond to them.

Given Ms. Steneberg's current vacation status, and the fact that Mr. Frankovich is out of the office taking depositions in the current action on May 17, 2006, and May 18, 2006, it is impossible for plaintiff's counsel to review and respond to the Motion for Summary Judgment and the Motion to Declare Ron Wilson and Thomas Frankovich Vexatious Litigants, which incidentally make up the bulk of the three motions, by May 19, 2006. Similarly, plaintiff's counsel would not have sufficient response time if the two motions were continued to June 29, 2006. As Ms. Steneberg does not return until May 30, 2006, plaintiff's counsel would have less than two full weeks to respond to defendant's three voluminous motions, during which time counsel will also be reviewing and replying to the opposition in the *Molski v. Mandarin Touch* Ninth Circuit appeal.

Plaintiff's request for an Order continuing the hearing dates is necessary due to plaintiff's counsel's conflicts. Without the continuances, plaintiff is prejudiced due to his counsel having had insufficient time to review and respond to the motions given the conflicts as mentioned herein. This request is particularly necessary given the voluminous nature of the Motions and their import to the overall posture and disposition of the case.

Therefore, plaintiffs respectfully request that the Court continue the motion hearings dates to a date in July or August as is convenient to the Court, with the exceptions of July 12-14, July 18-21, and July 31-August 11, as Mr. Frankovich is unavailable due to trial and/or pre-paid vacation conflicts at those times.

The above stated facts are set forth in the accompanying declaration of Julia M. Adams, filed herewith.

Dated: May 17, 2005         THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*


                            By:   /s/ Julia M. Adams
                                  Julia M. Adams
                            Attorneys for Plaintiff RON WILSON

EX PARTE REQUEST TO CONTINUE THE DEFENDANT'S MOTION HEARING DATES                -3-