# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON, | ) |
| vs. | ) Civ.S-05-1948 DFL |
| MURILLO | ) |
| | ) **NOTICE** |

**YOU ARE HEREBY NOTIFIED** that Judge Levi ordered the following schedule changes with respect to the above-entitled action:

On December 13, 2005, the court issued a minute order stating: "It appears that the court does not have jurisdiction over this case. See Wander v. Kaus, 304 F.3d 856 (9th Cir. 2002). If any party disagrees, that party shall have 14 days to submit a brief demonstrating subject matter jurisdiction. Otherwise, the court will remand the case to the Solano County Superior Court." Defendant Murillo responded that this case is distinguishable from Wander because plaintiff seeks injunctive relief under the ADA. (Objection to Minute Order at 2-3.) In support of this argument, Murillo cites plaintiff's complaint which states "plaintiffs [sic] seek relief pursuant to remedies set forth in § 204(a) of the Civil Rights Act of 1964 (42 U.S.C. 2000(a)-3(a)), and pursuant to federal regulations adopted to implement the Americans with Disabilities Act of 1990 and states codes." (Objection to Minute Order at 3 (citing Compl. ¶ 54).) Because plaintiff pleads only state causes of action in his complaint, the court requests that he clarify whether he intends to seek injunctive relief under federal law.

Dated: 5/18/2006

                                               Jack L. Wagner, Clerk
                                               By:

                                                    /s/
                                           _____
                                           H. A. Vine
                                           Courtroom Clerk