UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
AUG 11 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FRANCES MURILLO, dba Murillo's Mexican Food Restaurant. | No. 06-73281 |
| | D.C. No. CV-05-01948-DFL/PAN Eastern District of California, Sacramento |
| FRANCES MURILLO, dba Murillo's Mexican Food Restaurant, | |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO), | |
| Respondent, | |
| RON WILSON, | |
| Real Party in Interest. | |

FILED
AUG 15 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED.**

S:\MOATT\Panelord\8.7.06\orders\hs3\06-73281.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 11 2006

by: _____
Deputy Clerk